UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CAUSE NO. 3:12-CR-94-RLM |
| | ) | |
| DANIEL L. YOUNG | ) | |

O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on November 5, 2012. Accordingly, the court ADOPTS those findings and recommendations (Doc. No. 33), ACCEPTS defendant Daniel L. Young's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 2251(a).

SO ORDERED.

ENTERED: November 27, 2012

/s/ Robert L. Miller, Jr.
Judge
United States District Court